DANIEL CASILLAS, ESQ., SBN 110298
Attorney at Law
225 Broadway, Suite 2100
San Diego, California 92101
Tel: (619) 237-3777
Fax: (619) 236-0527
Email: attydtc@hotmail.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE LINDA LOPEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23CR0823-LL |
| Plaintiff, | |
| vs. | **JOINT MOTION TO CONTINUE HEARING DATE** |
| RAMON ANGUIANO JIMENEZ (2), CRISTINA GUTIERREZ (3), LUZXIMENA ANGUIANO (4) | |
| Defendant. | |

THE PARTIES, the Plaintiff, United States of America, by and through its counsel, Tara K. McGrath, United States Attorney, and Kiriaki Grammenidis, Assistant United States Attorney, for the Southern District of California, and defendant, RAMON ANGUIANO JIMENEZ, by and through his counsel, Daniel Casillas, and defendant, CRISTINA GUTIERREZ, by and through her counsel, Meghan A. Blanco, defendant, LUZXIMENA ANGUIANO by and through her counsel, Paul Blake, jointly move to continue the Motions Hearing in this case from February 26, 2024, at 2:00 p.m., to April 8, 2024, at 2:00 p.m.

This joint motion for continuance is made necessary by the fact that this is a

complex case (although not yet declared complex) with voluminous discovery, and all defense counsel for their respective Clients will need additional time to review the voluminous discovery produced to date by the government in order to properly prepare for any pre-trial motions and/or subsequent trial proceedings. Just last month the government produced another round of discovery and defense counsel require additional time to review the discovery. To date the government has produced 8 rounds of discovery.

    The parties agree that since this is a complex case involving voluminous discovery, and also since motions are pending, that in the interest of justice for the reasons outlined above, time should be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A). The parties agree the period of delay excluded spans from the filing of this joint motion until the new date for this motion hearing. It is therefore respectfully requested that the court grant the parties joint request for this continuance.

Dated:  February 21, 2024

*s/ Kiriaki Grammenidis*
KIRIAKI GRAMMENIDIS
Assistant United States Attorney

Dated:  February 21, 2024

*s/ Meghan A. Blanco*
MEGHAN A. BLANCO
Attorney for Defendant
CRISTINA GUTIERREZ

Dated:  February 21, 2024

*s/ Daniel Casillas*
DANIEL CASILLAS
Attorney for Defendant
RAMON ANGUIANO JIMENEZ

Dated:  February 21, 2024

*s/ Paul Blake*
PAUL BLAKE
Attorney for Defendant
LUZXIMENA ANGUIANO